1  STEVEN J. OLSON (S.B. #182240)
   solson@omm.com
2  ELIZABETH L. MCKEEN (S.B. # 216690)
   emckeen@omm.com
3  ROBERT M. SWERDLOW (S.B. #200266)
   rswerdlow@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, California  90071-2899
   Telephone:  (213) 430-6000
6  Facsimile:   (213) 430-6407

7
   Attorneys for Defendants
8  JPMORGAN CHASE & CO.; JPMORGAN
   CHASE BANK, N.A.; and CHASE
9  MANHATTAN BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and CHASE MANHATTAN BANK USA, N.A.,<br><br>                    Defendants. | Case No. 14-CV-4168 ODW (RZx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:        October 27, 2014<br>Time:        1:30 p.m.<br>Judge:       Hon. Otis D. Wright II<br>Courtroom:  11 |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE THAT on October 27, 2014 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright II (Courtroom 11) of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Chase Manhattan Bank USA, N.A. (n/k/a Chase Bank USA, N.A.) (collectively, "Chase") will and hereby do move to dismiss plaintiff's First Amended Complaint ("FAC") for lack of standing under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

This Motion is based on Chase's concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice and exhibits thereto, the Court's file in this action, any other matter of which the Court may properly take judicial notice, the arguments of counsel, and all supplemental papers filed at or before the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 5, 2014.

Dated: September 12, 2014

STEVEN J. OLSON
ELIZABETH L. MCKEEN
ROBERT M. SWERDLOW
O'MELVENY & MYERS LLP


By:   */s/ Steven J. Olson*
              Steven J. Olson
Attorneys for Defendants
JPMORGAN CHASE & CO.;
JPMORGAN CHASE BANK, N.A.; and
CHASE MANHATTAN BANK USA, N.A.