MICHAEL FEUER (SBN 111529)
CITY ATTORNEY
*mike.feuer@lacity.org*
JAMES P. CLARK (SBN 64780)
*james.p.clark@lacity.org*
CHIEF DEPUTY CITY ATTORNEY
CITY OF LOS ANGELES
200 N. Main Street, Room 800
Los Angeles, CA  90012
Telephone:  (213) 978-8100

STEVE W. BERMAN
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile: (206) 623-0594

ELAINE T. BYSZEWSKI (SBN 222304)
*elaine@hbsslaw.com*
LEE M. GORDON (SBN 174168)
*lee@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile: (213) 330-7152

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff the City of Los Angeles*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>                                  Plaintiff,<br><br>     v.<br><br>WELLS FARGO & CO., AND WELLS FARGO BANK, N.A.,<br><br>                                  Defendants. | No. 2:13-cv-09007-ODW(RZx)<br><br>**PLAINTIFF'S UNOPPOSED APPLICATION TO AMEND SCHEDULING ORDER**<br><br>Courtroom:  11<br>Judge:  Hon. Otis D. Wright, II<br><br>Complaint filed: December 5, 2013 |

| | |
|---|---|
| CITY OF LOS ANGELES, a municipal corporation,<br><br>                          Plaintiff,<br><br>   v.<br><br>CITIGROUP, INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITI HOLDINGS, INC.; and CITICORP TRUST BANK, FSB<br><br>                         Defendants. | No. 2:13-cv-09009-ODW(RZx)<br><br>**PLAINTIFF'S UNOPPOSED APPLICATION TO AMEND SCHEDULING ORDER**<br><br>Courtroom: 11<br>Judge: Hon. Otis D. Wright, II<br><br>Complaint filed: December 5, 2013 |
| CITY OF LOS ANGELES, a municipal corporation,<br><br>                          Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and CHASE MANHATTAN BANK USA, N.A.,<br><br>                         Defendants. | No. 2:13-cv-04168-ODW(RZx)<br><br>**PLAINTIFF'S UNOPPOSED APPLICATION TO AMEND SCHEDULING ORDER**<br><br>Courtroom: 11<br>Judge: Hon. Otis D. Wright, II<br><br>Complaint filed: December 5, 2013 |

1  Plaintiff hereby submits this Unopposed Application to Amend the Scheduling
2  Order pursuant to Fed. R. Civ. P. Rule 16(b), Local Rule 16, this Court's Order
3  entering the Schedule of Trial and Pretrial Dates (Dkts. 82, 67, and 56, at ¶ 6(b),
4  respectively) ("Scheduling Orders"), and this Court's Standing Order at Paragraph
5  6(b). This is the first such application submitted by the Parties.

## INTRODUCTION

Plaintiff seeks a brief continuance of the trial in this matter. Plaintiff seeks the continuance because Plaintiff's counsel will be in trial on another matter at the same time this matter is set for trial, which trial will be immediately followed by trial of *City of L.A. v. Bank of Am. Corp., et al.*, No. 2:13-cv-09046-PA (AGRx), which trial will be followed by trial of a state court matter involving counsel for *JPMorgan Chase*. Accordingly, good cause exists to continue this trial.

## ARGUMENT

Trial courts are granted a great degree of latitude in scheduling trials. *Morris v. Slappy*, 461 U.S. 1, 11 (1983). Motions for a continuance of the trial are left to the sound discretion of the district court. 9 Fed. Prac. & Proc. Civ. § 2352 (3d ed.). Rule 16(b) provides that the "scheduling order shall not be modified except by leave of court and upon a showing of good cause." Fed.R.Civ.Proc. 16(b). Thus, when a plaintiff seeks to continue the dates set by the court at a scheduling conference, it must first show "good cause" for modification of the scheduling order under Rule 16(b). *See Zivkovic v. Southern California Edison Co.,* 302 F.3d 1080, 1087 (9th Cir. 2002); *see also Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 608 (9th Cir. 1992). Such good cause is present here.

1    Lead counsel for the City include Steve W. Berman and Elaine T. Byszewski,
2  who are also lead trial counsel in *Edwards, et al. v. National Milk Producers Ass'n,*
3  *et al.*, No. 4:11-cv-04766-JSW (NJVx) ("*Milk Antitrust Litigation*"), pending in the
4  Northern District of California. *See* concurrently submitted Declaration of Elaine T.
5  Byszewski, ("Byszewski Decl."), ¶ 2. On October 20, 2014, the Honorable Jeffrey
6  S. White, set a trial date of November 2, 2015, in the *Milk Antitrust Litigation. Id.* ¶
7  3. The trial in that matter is expected to last three to four weeks. *Id.*

8    On December 12, 2014, this Honorable Court set a trial date of November 3,
9  2015, in *City of L.A. v. Wells Fargo & Co.*, et al., No. 2:13-cv-09007-ODW (RZx);
10 *City of L.A. v. Citigroup, Inc., et al.*, No. 2:13-cv-09009-ODW (RZx); *City of L.A. v.*
11 *JPMorgan Chase & Co.*, et al., No. 2:14-cv-07369-ODW (RZx). Moreover, the
12 Honorable Percy Anderson has set a trial date of December 1, 2015, in *City of L.A. v.*
13 *Bank of Am. Corp., et al.*, No. 2:13-cv-09046-PA (AGRx).

14   On January 16, 2015, a mediation of the *Milk Antitrust Litigation* took place
15 but did not prove successful. Byszewski Dec. ¶ 4. As a result, both the *Milk*
16 *Antitrust Litigation* and *Wells Fargo, Citigroup,* and *JPMorgan Chase* appear likely
17 to go to trial on the same date, creating a conflict for lead counsel for Plaintiff. *Id.*

18   On March 10, 2015, Plaintiff's counsel raised this issue with defense counsel
19 for each bank. *Id.* at ¶ 5. On March 17-18, counsel for Wells Fargo and Citi
20 indicated that they do not oppose this application to continue the trial date to
21 February 2016. *Id.* at ¶¶ 6-7. On March 19, counsel for Defendant JPMorgan Chase
22 indicated that O'Melveny is lead counsel on a state court matter set for trial on
23 February 1-11, 2016, and Mr. Swerdlow, counsel for JPMorgan Chase, is part of that
24 trial team. So JPMorgan does not oppose amendment to the scheduling order if the
25 trial date is continued to March 2016. *Id.* at ¶ 8.

26
27
28

Thus, the City seeks amendment of the scheduling order to continue the trial date to March 2016, and adjust other pretrial dates accordingly, to accommodate the schedule of counsel as follows:

| Current Date | Proposed New Date | |
|---|---|---|
| 08/03/15 | 12/01/15 | Discovery Cut-Off for *All* Discovery |
| 09/07/15 | 01/11/16 | Last Date to Conduct Settlement Conference |
| 09/14/15 | 01/18/16 | Last Day for Hearing Motions |
| 10/09/15 | 02/05/16 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Trial briefs<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc… |
| 10/19/15 | 02/15/16 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 10/26/15 | 02/22/16 | Hearing on Motions in Limine at 1:30 p.m. |
| 10/29/15 | 02/25/16 | File Final Trial Exhibit Stipulation |
| 11/03/15 | 03/01/16 | Trial at 9:00 a.m. |

## **CONCLUSION**

For these reasons, the City seeks amendment of the scheduling order to continue the trial date to March 2016, and adjust other pretrial dates accordingly, to accommodate the schedule of counsel.

| | | |
|---|---|---|
| 1 | DATED: March 24, 2015 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By:  /s/ Elaine T. Byszewski |
| | | Elaine T. Byszewski (SBN 222304) |
| 3 | | *elaine@hbsslaw.com* |
| 4 | | Lee M. Gordon (SBN 174168) |
| | | *lee@hbsslaw.com* |
| 5 | | Christopher R. Pitoun (SBN 290235) |
| | | *christopherp@hbsslaw.com* |
| 6 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | | 301 North Lake Avenue, Suite 203 |
| | | Pasadena, CA  91101 |
| 8 | | Telephone:  (213) 330-7150 |
| | | Facsimile: (213) 330-7152 |
| 9 | | |
| 10 | | Steve W. Berman |
| | | *steve@hbsslaw.com* |
| 11 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 | | 1918 Eighth Avenue, Suite 3300 |
| | | Seattle, WA  98101 |
| 13 | | Telephone:  (206) 623-7292 |
| | | Facsimile: (206) 623-0594 |
| 14 | | |
| 15 | | Michael Feuer (SBN 111529) |
| | | City Attorney |
| 16 | | *mike.feuer@lacity.org* |
| | | James P. Clark (SBN 64780) |
| 17 | | Chief Deputy City Attorney |
| | | *james.p.clark@lacity.org* |
| 18 | | CITY OF LOS ANGELES |
| | | 200 N. Main Street, Room 800 |
| 19 | | Los Angeles, CA 90012 |
| | | Telephone: (213) 978-8100 |
| 20 | | |
| 21 | | Joel Liberson (SBN 164857) |
| | | *joel@taresources.com* |
| 22 | | Howard Liberson (SBN 183269) |
| | | *howard@taresources.com* |
| 23 | | TRIAL & APPELLATE RESOURCES, P.C. |
| 24 | | 400 Continental Blvd., 6th Floor |
| | | El Segundo, CA  90245 |
| 25 | | Telephone:  (310) 426-2361 |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Robert Peck (*pro hac vice*) |
| 2 | robert.peck@cclfirm.com |
| | CENTER FOR CONSTITUTIONAL |
| 3 | LITIGATION |
| | 777 Sixth Street NW, Suite 520 |
| 4 | Washington, DC  20001 |
| | Telephone:  (202) 944-2803 |
| 5 | |
| 6 | Clifton Albright (SBN 100020) |
| | *clifton.albright@ayslaw.com* |
| 7 | ALBRIGHT YEE & SCHMIT |
| | 888 West Sixth Street, Suite 1400 |
| 8 | Los Angeles, CA  90017 |
| | Telephone: (213) 833-1700 |

*Attorneys for Plaintiff the City of Los Angeles*

PLT'S UNOPPOSED APPLICATION
TO AMEND SCHEDULING ORDER
10346.12,13,14 768606 V1

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                      /s/ Erika Shaw
                                           Erika Shaw